In the Matter of the Application for Letters of Administration on the Goods, Chattels and Credits of Thomas T. Eckert, Deceased. James Clendenin Eckert, Petitioner, Appellant; Thomas T. Eckert, Jr., Respondent.

— Order affirmed, with ten dollars costs and disbursements.   No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.